IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH NAME USER IDENTIFICATION NUMBER 1142201852792934541 STORED AT PREMISES CONTROLLED BY DISCORD, INC. | **UNDER SEAL**<br><br>Case No. 1:24-sw-592 |

**ORDER TO SEAL**

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the search warrant, the application for search warrant, the affidavit in support of the search warrant, the Motion to Seal, and proposed Order in this matter; and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the search warrant, application for search warrant, affidavit in support of the search warrant, Motion to Seal, and this Order be sealed until August 16, 2026; and it is further

ORDERED that the United States may produce and/or disclose the aforementioned sealed search warrant materials consistent with its discovery obligations in a criminal

prosecution, including those under Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act, in order to fulfill its discovery obligations. In connection with any such production, the United States will notify defense counsel that the documents remain under seal and should be handled accordingly.

Date: _____
      Alexandria, Virginia

_____
Hon. Ivan D. Davis
United States Magistrate Judge

Digitally signed by Ivan Davis
Date: 2024.08.16 14:41:30 -04'00'